SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

SEYFARTH SHAW LLP
Eric Suits (SBN 232762)
esuits@seyfarth.com
400 Capital Mall Suite
2350 Sacramento, California 95814
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Defendants
Paul Edwards and Reclamation District 2113

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNANN MORGAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>RECLAMATION DISTRICT 2113, Fay Island, a reclamation district of the State of California; Paul Edwards, an individual; and DOES 1-20, inclusive,<br><br>    Defendants. | No. 2:20-cv-01942-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |

Pursuant to Local Rule 143, the parties to the above-entitled action, Plaintiff Lynann Morgan, Defendant Reclamation District 2113, Fay Island, and Defendant Paul Edwards, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court entered an Order directing the Parties to attend a Settlement Conference before Magistrate Judge Deborah Barnes on June 23, 2021 at 10:00 a.m. on February 24, 2021. (ECF No. 10);

WHEREAS, the Parties previously stipulated to continue the Settlement Conference, and the Court set a new Settlement Conference date of August 18, 2021 (ECF No. 16.);

WHEREAS, Paul Edwards, a defendant in this action is unavailable on August 18, 2021, as he will be on an airplane traveling on August 18, 2021, at the time the Settlement Conference is currently scheduled;

WHEREAS, the Parties wish to continue the Settlement Conference to October 5, 2021, at 9:00 a.m. and have confirmed with Judge Barnes' chambers that she is available to conduct the settlement conference on that date and time;

WHEREAS, the Parties have stipulated, and request leave of Court, to continue their Settlement Conference from August 18, 2021 to October 5, 2021 at 9:00 a.m. or a convenient time thereafter for the Court;

WHEREAS, the parties will hold an informal telephonic conference on October 4, 2021 at 10:00 a.m.;

WHEREAS, this stipulation will not alter the date of any other event or any other deadlines fixed by Court order;

IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their undersigned counsel, that the Settlement Conference will be continued to October 5, 2021 at 9:00 a.m. and an informal telephonic conference will be held on October 4, 2021 at 10:00 a.m..

| | | |
|---|---|---|
| 1 | DATED: August 11, 2021 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |

By:  /s/ Eric E. Suits

    Michael Burns
    Eric E. Suits
Attorneys for Defendants
  Paul Edwards and Reclamation District 2113

DATED: August 11, 2021			Respectfully submitted,

DHILLON LAW GROUP INC.

By:  /s/Michael R. Fleming

    Harmeet K. Dhillon
    John-Paul S. Deol
    Michael R. Fleming

 Attorneys for Plaintiff
 Lynann Morgan

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Settlement Conference set for August 18, 2021 is vacated and scheduled for October 5, 2021 at 9:00 a.m. and an informal telephonic conference will be held on October 4, 2021 at 10:00 a.m..

DATED: August 12, 2021          /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE